1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL CARMEN MEZA CANEZ, | CASE NO. 11cv2737-LAB (BLM) |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE;** |
| vs. | |
| | **ORDER DENYING MOTION FOR ORDER ESTABLISHING TIME FOR THE COMMISSIONER OF SOCIAL SECURITY TO RESPOND TO THE COMPLAINT; AND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | **ORDER OF REFERENCE** |

19

20

21

22

23

24

25

26

27

28

On November 22, 2011, this action was removed from the California Superior Court for the County of Imperial. Plaintiff Maria Canez is proceeding *pro se* and her sole claim is for "denial of social security disability benefits." (Compl. at 2.) Other than citing 42 U.S.C. § 1383(c), the complaint gives no detail at all about the nature of the claim. This fails to comply with Fed. R. Civ. P. 8, which requires, among other things, "a short and plain statement of the claim showing that the pleader is entitled to relief." Rule 8(a)(2).

The complaint is therefore **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint no later than **January 3, 2012**, that complies with Rule 8's requirements, including explaining what her claim is. **Plaintiff must file an amended complaint with the time permitted, or her action will be dismissed without leave to amend.**

1      Defendant's motion for an order establishing a time by which he must respond to the

2 complaint (Docket no. 2) is **DENIED AS MOOT**.

3      In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), **IT IS**

4 **HEREBY ORDERED** all matters arising out of this social security appeal are referred to

5 United States Magistrate Judge Barbara Major for a Report and Recommendation on the

6 disposition of the case.  The parties are instructed to contact Magistrate Judge Major's

7 chambers with respect to all scheduling, hearing, or other issues.  For good cause, Judge

8 Major may extend the time for Plaintiff to file an amended complaint.

9      **IT IS SO ORDERED**.

10 DATED:  November 28, 2011

11

12 **HONORABLE LARRY ALAN BURNS**
United States District Judge

- 2 -

11cv2737